IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. HASHAGEN, )<br>)<br>)<br>Defendant. ) | Case No. 20-3021-02-CR-S-MDH |

## ORDER

Before the Court is the United States' Motion to Dismiss (Doc. 73) Counts One, Four, Eight, Ten, and the Forfeiture Allegation of the original Indictment filed in the above-captioned case on February 19, 2020 as to defendant John C. Hashagen only. The United States has confirmed that the defendant passed away on February 5, 2021. The Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 3, 2021                              /s/ Douglas Harpool
                                                                                          **DOUGLAS HARPOOL**
                                                                                          **United States District Judge**